FILED
U.S. District Court
District of Kansas

JAN 1 4 2025

Clerk, U.S. District Court
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOSHUA PAUL SORENSON )
_____ )
_____ )
_____ )
(Enter above the full name of the Plaintiff(s) )
)
vs.                                            ) Case Number  6:25-cv-1007-DDC-BGS
)
CAR STORE USA                                  )
Name                                           )
9831 E. HARRY                                  )
Street and number                              )
WICHITA     KS     67201                       )
City        State  ZipCode                     )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

**CIVIL COMPLAINT**

I.   Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.   Name of plaintiff  JOSHUA PAUL SORENSON

     Address  325 N. ANNA  WICHITA KS 67212

     _____

     _____

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant **CAR STORE USA, DBA BRYAN (BAO) NGUYEN** is employed at **CAR STORE USA**

C. Additional Defendants **JEFF NGUYEN, TONY NGUYEN**

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:
1. Plaintiff is a citizen of the State of **KANSAS**.
2. The first-named defendant above is either
   a. a citizen of the State of **KANSAS**; or
   b. a corporation incorporated under the laws of the State of **KANSAS** and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either
   a. a citizen of the State of **KANSAS**; or
   b. a corporation incorporated under the laws of the State of **KANSAS** and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☐ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article____, Section____;
Statute, US Code, Title____, Section____.

☐ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☐ 3. Other grounds (specify and state any statute which gives rise to such grounds):

_____

_____

_____

III.   Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

( / / ) _____

PLAINTIFF JOSH SORENSON, MAINTENANCE TECHNICIAN (PDR), POSSIBLE INSURANCE FRAUD REGUARDING TO CARSTORE USA, BREACH OF CONTRACT. ENTERING PRINCIPAL AND INCOME ON SCHEDULES.

IV.   Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

3

<u>FUNDING AND DRAFTING COMPONENTS.</u>

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [✓]   No [ ]

VI. Do you claim actual damages for the acts alleged in your complaint? Yes [✓]   No [ ]

VII. Do you claim punitive monetary damages?  Yes [✓]   No [✓]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

INITIAL AGREEMENT - $100,000.00

GARAGE KEEPERS INS. - $1,000,000.00

FDIC, INFRACTION OR INTERFERANCE - $1,000,600.00

F.A.A. SUPPLEMENT

S.B.A. GRANT

4

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☑  No ☐

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

KDOC KANSAS DEPARTMENT OF CORRECTIONS 2019-24, ALSO 2018

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX. Related Litigation:

Please mark the statement that pertains to this case:

☐ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☑ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

JOSHUA PAUL SORENSON
Name (Print or Type)

325 N. ANNA WICHITA KS 67212
Address

5

WICHITA      KS      67212
City         State    Zip Code

316-213-8269
Telephone Number

### DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☑ Wichita,  ☐ Kansas City, or  ☐ Topeka }, Kansas as the
(Select One)
location for the trial in this matter.

_____
Signature of Plaintiff

### REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☑ Yes or  ☐ No }
(Select One)

_____
Signature of Plaintiff

Dated: 1/14/25
(Rev. 10/15)

Reset Form

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOSHUA PAUL SORENSON )
_____ )
_____ )
(Enter above the full name of Plaintiff(s)) )
)
vs. )
)
CAR STORE USA )   Case Number: _____
Name )                (To be assigned by Clerk)
)
9831 E. HARRY )
Street and number )
)
WICHITA   KS   67207 )
City   State   Zip Code )

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.  This employment discrimination lawsuit is based on (check only those that apply):

    [✓] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
    **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

    [ ] Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
    **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

    [✓] American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
    **NOTE**: *In order to bring suit in federal district court under the American with*

1

*Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

☐ Other (Describe)

_____
_____
_____

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

_____
(Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period:

_____

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?

☐ Yes    Date filed: _____
☒ No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☒ Yes    Date filed: 1/14/25
☐ No

6. Have you received a Notice of Right-to-Sue Letter?
☐ Yes  ☒ No
If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:

☐ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
☐ fewer than 60 days have passed since I filed my charge of age discrimination with

2

the Equal Employment Opportunity Commission

### NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   - [✓] failure to hire me
   - [✓] termination of my employment
   - [✓] failure to promote me
   - [ ] failure to accommodate my disability
   - [ ] terms and conditions of my employment differ from those of similar employees
   - [✓] retaliation
   - [ ] harassment
   - [ ] reduction in wages
   - [ ] other conduct (specify): _____

   Did you complain about this same conduct in your charge of discrimination?
   [✓] Yes   [ ] No

9. I believe that I was discriminated against because of (check all that apply):
   - [✓] my race or color, which is __WHITE__
   - [ ] my religion, which is _____
   - [ ] my national origin, which is _____
   - [ ] my gender, which is [ ] male; [ ] female
   - [ ] my disability or perceived disability, which is _____
   - [ ] my age (my birth year is: _____)
   - [✓] other: __NATURAL BELIEF OR PROFESSIOAL OPINIONS__

   Did you state the same reason(s) in your charge of discrimination?
   [✓] Yes   [ ] No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

    [✓] RACE, I EXPLAIN I AM WORKING WITH THREE BROTHERS

3

WHO ARE OF AZIAN ETHNICITY AND MAYBE SOME FOREIGN CONTROL GUARD. DIFFERENCES IN BELIEFS OR AUTHORITY OF CONTRACTING THE WORK PROGRAM.

☐ TERMINATION, INVOLUNTARY BATE AND SWITCH

☐ FAILURE TO PROMOTE ME, BENEFITS OF PROCEED TO DEVELOPMENTS.

☐ RETALIATION, BANKS, I.P.'S, & OTHER WORKING PROGRAM TERMONOLOGY. MAINTENANCE CONTROLS.

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
   [✓] are still being committed by Defendant.
   [ ] are no longer being committed by Defendant.
   [ ] may still be being committed by Defendant.

12. Plaintiff:
   [ ] still works for Defendant
   [✓] no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
   [ ] Yes    [✓] No

Explain: THERE HAS BEEN NO CONTACT

### REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
   [ ] Defendant be directed to employ Plaintiff
   [ ] Defendant be directed to re-employ Plaintiff
   [✓] Defendant be directed to promote Plaintiff
   [✓] Defendant be directed to COVER DAMAGES OR COSTS FROM THE INITIAL AGREEMENT, & GARAGE KEEPERS INSURANCE PAYMENT. ALSO BINDING TEAMS TO ADDRESS.

☐ Injunctive relief (please explain): _____
☐ Monetary damages (please explain): _____
☐ Costs and fees involved in litigating this case
☐ As additional relief to make Plaintiff whole, Plaintiff

seeks: FOR REVIEW OF COUNCIL MEMBERS. FACTS, AGREEMENTS, TERMS AND PENALTYS OR FINES.

and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this JPS day of 1/14, 20 25.

_____
Signature of Plaintiff

JOSHUA PAUL SORENSON
Name (Print or Type)

325 N. ANNA 67212
Address

WICHITA KS 67212
City State Zip Code

316-213-8269, EMAIL sorensonjoshua686@gmail.com
Telephone Number

**DESIGNATION OF PLACE OF TRIAL**

Plaintiff designates { ☑ Wichita, ☐ Kansas City, ☐ Topeka}, Kansas as the location for the trial in this matter.
(Select One Location)

_____
Signature of Plaintiff

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury.   ☑ Yes   ☐ No
(Select One)

_____
Signature of Plaintiff

Dated: 1/14/25
(Rev. 10/15)

5