# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

**JOSHUA PAUL SORENSON,**

        **Plaintiff,**

v.                                                           Case No. 25-1007-DDC-BGS

**CAR STORE USA,**
**BRYAN BAO NGUYEN,**
**JEFF NGUYEN,**
**TONY NGUYEN,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

      **The Report and Recommendation issued by United States Magistrate Judge Brooks G. Severson April 1, 2025 (Doc. 10) is ACCEPTED, ADOPTED, and AFFIRMED.  The court thus dismisses this action consistent with the Memorandum and Order (Doc. 12) entered on October 9, 2025.**

    10/09/2025                                             SKYLER B. O'HARA
        Date                                                   CLERK OF THE DISTRICT COURT

                                                                     by:   s/ Megan Garrett
                                                                              Deputy Clerk